# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| ERIN JAMAR and REUBEN JAMAR, IV, Husband and Wife, | ) ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: N24C-08-124 FJJ |
| v. | ) |
| | ) |
| BAYHEALTH MEDICAL CENTER, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER REGARDING AFFIDAVIT OF MERIT

This 8th day of October, 2024, at the request of the Defendant Bayhealth Medical Center, Inc., the Court has reviewed *in camera* Plaintiff's affidavits of merits pursuant to 18 *Del.C.* §6853(a)(3) and §6853(d). Having done so, the Court finds the following:

1. Expert witnesses have signed affidavits of merit.
2. The affidavits are accompanied by a current *curriculum vitae* of an expert witness.
3. The expert witnesses who signed the Affidavit who are Board Certified in Emergency Medicine and/or Internal Medicine
4. The Affidavits indicate the expert witnesses were licensed to practice medicine as of the date of the Affidavit.
5. The Affidavits indicate the expert witnesses have been engaged in the treatment of patients and/or in the academic side of the fields of Emergency Medicine and/or Internal Medicine for at least three years preceding the acts alleged in the Complaint.

6. The Affidavits include an opinion that the defendant breached the applicable standard of care in this case, and that this breach was the proximate cause of the injury alleged in the Complaint.

7. The Affidavits comply with the Requirements of 10 *Del.C.* §6853.

**IT IS SO ORDERED.**

/s/ Francis J. Jones, Jr.

Francis J. Jones Jr., Judge

cc:  File&ServeXpress